IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNICE BARCLAY<br>Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| STATE FARM LLOYDS, ET AL<br>Defendant. | § § § | |

## WRITTEN NOTICE OF REMOVAL TO ADVERSE PARTIES

TO:  Plaintiff, BERNICE BARCLAY, by and through her attorney of record, Eric B. Dick, L.L.M., DICK LAW FIRM, PLLC, 4325 Tulsa Road, Houston, Texas 77092.

**PLEASE TAKE NOTICE** that the civil action, in which you are named as Plaintiff, filed October 8, 2014 in the County Civil Court at Law Number 1 of Fort Bend County, Texas, under Cause No. 14-CCV-053742, has been removed from that court to the United States District Court for the Southern District of Texas, Houston Division, effective today, **December 20, 2014**. On this day, a Notice of Removal, a copy of which is attached, was filed with the Clerk of the United States District Court effecting removal pursuant to 28 U.S.C. § 1446. A copy of that Notice of Removal has been filed with the Clerk of the State District Court.

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

By: /s/ Brian M. Chandler
BRIAN M. CHANDLER
State Bar No. 04091500
Federal Bar No. 7660
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: bmc@ramey-chandler.com

ATTORNEY FOR DEFENDANTS
STATE FARM LLOYDS and
MADELINE NGUYEN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was duly served upon counsel of record by electronic filing and/or certified mail, return receipt requested, facsimile or hand delivery on December 20, 2014 as follows:

Eric B. Dick, L.L.M.
DICK LAW FIRM, PLLC
4325 Tulsa Road
Houston, Texas 77092
TEL: (832) 207-2007
FAX: (713) 893-6931
CELL: (713) 498-7969
SBN: 24064316

/s/ Brian M. Chandler
BRIAN M. CHANDLER